UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDREW GAVIN,<br><br>　　　Plaintiff,<br><br>　v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　Defendant. | Case No. 2:26-cv-01013-SB-MAA<br><br><br>ORDER TO SHOW CAUSE RE SUBJECT-MATTER JURISDICTION |

Plaintiff Andrew Gavin filed the complaint in this insurance breach of contract case on January 30, 2026, asserting diversity jurisdiction.

Federal courts have subject-matter jurisdiction only over matters authorized by the Constitution and Congress. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994). This Court has a duty to assess whether federal subject-matter jurisdiction exists and may consider the issue sua sponte at any stage of the proceedings. *Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004); *see also Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (recognizing that "Article III generally requires a federal court to satisfy itself of its jurisdiction over the subject matter before it considers the merits of a case").

A federal district court has original jurisdiction over a civil action when (1) a federal question is presented in an action "arising under the Constitution, laws, or treaties of the United States" or (2) there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. §§ 1331, 1332(a). Complete diversity means that each of the plaintiffs must be a citizen of a different state than each of the defendants. *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996).

Plaintiff asserts diversity jurisdiction as the sole basis for federal jurisdiction. According to the complaint, Plaintiff is a resident of California, and

1

Defendant is a corporation and a "citizen of a state other than California." Dkt. No. 1. These allegations are insufficient for the Court to evaluate the citizenship of the parties. Accordingly, Plaintiff is ORDERED to show cause, in writing, by no later than February 16, 2026, why the Court has jurisdiction over this case by demonstrating complete diversity of citizenship between the parties. *Failure to timely comply will result in dismissal for lack of subject matter jurisdiction*.

Date: February 9, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge